IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN | Civil Action No: 3:16-CV-671-DJI |
| Plaintiff, | JURY DEMAND |
| v. | |
| PAPA JOHN'S INTERNATIONAL, INC | |
| Defendant | |

## COMPLAINT

NOW COMES the Plaintiff, RICKY R. FRANKLIN, by and through himself and for his Complaint against the Defendant, PAPA JOHN'S INTERNATIONAL, INC., and Plaintiff states as follows:

## CAUSE OF ACTION

1. Plaintiff brings this action for actual and statutory damages arising out of and relating to the conduct of PAPA JOHN'S INTERNATIONAL, INC., (hereinafter, PJI), to include all of its affiliates, subsidiaries, and/or related entities, as well as all persons and entities acting on behalf of PJI.

2. This is an action for actual and statutory damages for violations of the Telephone Consumer Protection Act (hereinafter, "TCPA"), 47 U.S.C. section 227 *et seq.* The TCPA prohibits unsolicited voice and text calls to cell phones.

## JURISDICTION

3. Jurisdiction arises under the TCPA, pursuant to 28 U.S.C. sections 1331.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. RICKY R. FRANKLIN, (hereinafter, Plaintiff) is a natural person at all relevant times residing in county of Henry, State of Georgia.

6. PAPA JOHN'S INTERNATIONAL, INC is a domestic company with a corporate headquarters located at 2002 Papa John's Blvd, Louisville, KY, 40299.

7. At all relevant times, Defendant has conducted business in Georgia, solicited business in Georgia, engaged in a persistent course of conduct in Georgia, or has derived substantial revenue from services rendered in Georgia.

## A BRIEF OVERVIEW OF TEXT MESSAGING

8. One of the newest types of such bulk marketing is to advertise through Short Message Services. The term "Short Message Service" or "SMS" describes a messaging system that allows cellular telephone subscribers to use their cellular telephones to send and receive short text messages, usually limited to 120-150 characters.

9. An "SMS message" is a text message call directed to a wireless device through the use of the telephone number assigned to the device. When an SMS message call is successfully made, the recipient's cell phone rings, alerting him or her that a call is being received.

10. Unlike more conventional advertisements, SMS calls, and particularly wireless or mobile spam, can actually cost their recipients money, because cell phone users must frequently pay their respective wireless service providers either for each text message call they receive or incur a usage allocation deduction to their text plan, regardless of whether or not the message is authorized.

11. Most commercial SMS messages are sent from "short codes" (also known as "short numbers"), which are special cellular telephone exchanges, typically only five or six digit extensions, that can be used to address SMS messages to mobile phones. Short codes are generally easier to remember and are utilized by consumers to subscribe to such services such as television program voting or more benevolent uses, such as making charitable donations.

12. A short code is sent to consumers along with the actual text message and conclusively reveals the originator of the SMS message.

13. Text messages are "calls" within the context of the TCPA. See…Satterfield v. Simon & Schuster, Inc., 569 F.3d (9th Cir. 2009).

## FACTUAL ALLEGATIONS

14. On November 20, 2015 Plaintiff received an automated text message from Defendant PJI, calling from short code 472-72 on his cellular phone at 770-865-XXXX. The text message stated as follows:

**Papa John's: Give your weekend a little something extra. XL 1-topping pizza for $10. Use Code. TXTXL. Thru 11/22 @ http//Papa.Johns.com/n. Reply STOP to cancel.**

15. The Defendant never contacted Plaintiff to obtain his expressed written consent to receive such telemarketing calls to his wireless number.

16 Plaintiff has received at least 25 unsolicited text messages from the Defendant. Plaintiff continues to receive these text messages up until the present day.

17. In order to redress these injuries, Plaintiff brings this suit under the TCPA, which specifically prohibits unsolicited voice and text calls to cell phones. Defendant PJI has sent unwanted text messages in a manner which violates the right of privacy of all consumers.

18. Plaintiff has never provided his cellular phone number to the Defendant or given his prior express consent to be called, whether on his own or on behalf of any third party.

19. Plaintiff suffered a concrete and real invasion of Plaintiff's legally protected privacy rights through Defendant's violation of the TCPA. The continuous

unwarranted phone calls caused the Plaintiff harassment, as well as additional data rate charges to his cellular telephone plan.

20. Plaintiff suffered harm and damages in the form of emotional distress such as anger, and resentment each time he received a phone call from the Defendant.

## COUNT I-TCPA

## VIOLATIONS OF THE ("TCPA") 47 U.S.C. SECTION 227, et seq.

21. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

22. Using prohibited equipment and without prior express written consent, the Defendant PJI contacted the Plaintiff at least twenty-five (25) times by means of automatic text messaging to a cellphone or pager in violation of 47 U.S.C. §227(b)(1)(A)(iii).

23. The phone calls were made to Plaintiff without the number being provided to Defendant, and without the prior express consent of Plaintiff.

## PRAYER FOR RELIEF

a) As a result of the Defendant's knowing and/or willful violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled to treble damages of up to $1,500.00 for each and every call in violation of the statue, pursuant to 47 U.S.C. § 227(b)(3);

5

b) As a result of Defendant's violations of 47 U.S.C. section 227et seq., Plaintiff is entitled to an award of $500.00 in statutory damages for each and every call in violation of the statute, pursuant to 47 U.S.C. section 227(b)(3);

c) Assessing against PJI, all costs incurred by the Plaintiff; and;

d) Awarding such other relief as justice and equity may require.

Respectfully submitted,

Ricky R. Franklin

708 Brambling Way

Stockbridge, GA 30281

rrfrank12@hotmail.com

6