# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**RICKY R. FRANKLIN**                                                   **PLAINTIFF**

**vs.**                                  **CIVIL ACTION NO. 3:16CV-671-CRS**

**PAPA JOHN'S INTERNATIONAL, INC.**                          **DEFENDANT**

## ORDER OF DISMISSAL

Plaintiff, *pro se*, having filed a Notice of Voluntary Dismissal (DN 13), no answer or other responsive pleading having been filed on behalf of the Defendant, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with prejudice.

Dated: April 29, 2017

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
     Counsel of Record